1

2

3

4                       UNITED STATES DISTRICT COURT

5                     NORTHERN DISTRICT OF CALIFORNIA

6

7    KATHLEEN DAVIS,                          Case No.  14-cv-01204-SI

8              Plaintiff,
                                              ***SUA SPONTE* JUDICIAL REFERRAL**
9         v.                                  **FOR PURPOSES OF DETERMINING**
                                              **RELATIONSHIP OF CASES**
10   PFIZER INC, et al.,

11             Defendants.

12

13        Pursuant to Civil Local Rule 3-12(c), the Court *sua sponte* refers this case to the Honorable

14   Edward M. Chen to determine whether it is related to *Little v. Pfizer Inc.*, 14-cv-01177-EMC.

15

16        **IT IS SO ORDERED**.

17   Dated:  March 14, 2017

18                                            _____
                                              SUSAN ILLSTON
19                                            United States District Judge

20

21

22

23

24

25

26

27

28